No. 76–777. CONNOR ET AL. *v.* FINCH, GOVERNOR OF MISSISSIPPI, ET AL.;

No. 76–933. FINCH, GOVERNOR OF MISSISSIPPI, ET AL. *v.* CONNOR ET AL.;

No. 76–934. UNITED STATES *v.* FINCH, GOVERNOR OF MISSISSIPPI, ET AL.; and

No. 76–935. CONNOR ET AL. *v.* FINCH, GOVERNOR OF MISSISSIPPI, ET AL., 431 U. S. 407. Motion to retax costs denied.

No. 76–1143. MARSHALL, SECRETARY OF LABOR, ET AL. *v.* BARLOW's, INC. D. C. Idaho. [Probable jurisdiction noted, 430 U. S. 964.] Motion of Pacific Legal Foundation for leave to participate in oral argument as *amicus curiae* denied.

No. 76–1359. BANKERS TRUST Co. *v.* MALLIS ET AL. C. A. 2d Cir. [Certiorari granted, 431 U. S. 928.] Motion of New York Clearing House Assn. for leave to participate in oral argument as *amicus curiae* granted.

No. 76–5729. OLIPHANT *v.* SUQUAMISH INDIAN TRIBE ET AL.; and BELGARDE *v.* SUQUAMISH INDIAN TRIBE ET AL. C. A. 9th Cir. [Certiorari granted, 431 U. S. 964.] Motion of the United States for leave to participate in oral argument as *amicus curiae* granted and 15 additional minutes allotted for that purpose. Petitioners also allotted 15 additional minutes for oral argument.